Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**THE LAW OFFICE OF KEVIN G. LITTLE**
P.O. Box 8656
Fresno, California 93747
Tel: (559) 342-5800
Fax: (559) 420-0839
kevin@kevinglittle.com

*Attorneys for Plaintiff,*
DORIAN WESLEY

Daniel T. Clifford, SBN 227632
**CLIFFORD & BROWN**
**A PROFESSIONAL CORPORATION**
Bank of America Building
1430 Truxton Avenue, Suite 900
Bakersfield, California 93301-5230
Tel.: (661) 322-6023
Fax: (661) 322-3508
dclifford@clifford-brownlaw.com

*Attorneys for Defendants,*
PANNU SINGH and JBT TRANSPORT, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DORIAN WESLEY, <br><br> Plaintiff, <br><br> v. <br><br> JBT TRANSPORT, INC. PANNU SIGHN, DOES 1-20, , <br><br> Defendant. | Case No. 1:16-cv-01916-DAD-SKO <br><br> **JOINT STIPULATION AND ORDER MODIFYING SCHEDULING CONFERENCE ORDER** <br><br> (Doc. 13) <br><br> Judge: Hon. Sheila K. Oberto |

## STIPULATION

1. The parties hereto, through their respective attorneys of record, stipulate and agree, in the above-entitled matter, to further amend the Scheduling Conference Order.

2. **WHEREAS** the Parties have completed some, but not all, percipient witness depositions in Lafayette, Louisiana. It is anticipated that further depositions will be necessary

prior to the case being ready for trial;

3. **WHEREAS** the respective trial calendars for counsel for plaintiff and counsel for defendant have prevented the Parties from completing all necessary discovery;

4. **WHEREAS** the Parties have agreed to mediate the above-captioned action. The Parties are in the process of selecting a mediator now;

5. **WHEREAS** the Parties have agreed to suspend further discovery and the preparation of case dispositive motions as a cost saving measure until such time as this matter is submitted to mediation;

6. **WHEREAS** a continuance of the pending case deadlines set forth in the operative scheduling order is necessary to effectuate the Parties agreement to suspend discovery and the preparation of case dispositive motions until such time as this matter is submitted to mediation;

7. **WHEREAS** the Parties wish to preserve their respective rights to complete discovery and file case dispositive motions should this matter not settle at the upcoming mediation; and

8. Based on the forgoing, the Parties believe that good cause exists to amend and continue the current case deadlines in this matter to a date and time that is agreeable to the Court and counsels' respective calendars.

9. On March 30, 2017, the Court, entered its Scheduling Conference Order [Doc. 8].

10. Accordingly, the parties hereby stipulate and propose that the Scheduling Conference Order be modified as follows:

|  | **Current Dates/Deadlines** | **Proposed Dates/Deadlines** |
|---|---|---|
| **Non-Expert Discovery Cutoff** | September 15, 2017 | July 5, 2018 |
| **Further Status Conference** | *n/a* | *n/a* |
| **Expert Disclosure** | September 29, 2017 | July 19, 2018 |
| **Rebuttal Expert Disclosure** | October 13, 2017 | August 3, 2018 |
| **Non-Dispositive Motion Filing Deadline** | November 7, 2017 | August 28, 2018 |
| **Non-Dispositive Motion Hearing** | December 6, 2017 | September 26, 2018 |
| **Settlement Conference** | January 23, 2018 at 10:00 a.m. | November 12, 2018 at 10:00 a.m.* |
| **Expert Discovery Cutoff** | October 27, 2017 | August 22, 2018 |
| **Dispositive Motion Filing** | November 21, 2017 | September 4, 2018 |

| **Deadline** | | |
|---|---|---|
| **Dispositive Motion Hearing** | January 2, 2017 | October 22, 2018 |
| **Pretrial Conference** | March 12, 2018 at 1:30 p.m. | December 31, 2018 |
| **Jury Trial** (6-8 day estimate) | May 8, 2018 at 8:30 a.m. | February 25, 2019 at 8:30 a.m.* |

\* Both Plaintiff and Defendants' counsel are available on these dates.

*IT IS SO STIPULATED.*

Dated: January 17, 2018                    CLIFFORD & BROWN, a Professional Corporation

                                By:      /s/ DANIEL T. CLIFFORD
                                            Daniel T. Clifford
                                        *Attorneys for Defendants,*
                                JBT TRANSPORT, INC., and PANNU SIGHN


Dated: January 17, 2018                    LAW OFFICES OF KEVIN G. LITTLE

                                By:      /s/ KEVIN G. LITTLE
                                            Kevin G. Little
                                        *Attorneys for Plaintiff,*
                                            DORIAN WESLEY

STIPULATION AND [PROPOSED] ORDER MODIFYING SCHEDULING CONFERENCE ORDER

## ORDER

Based on the parties' above-Stipulation to modify the Court's Scheduling Order (Doc. 13), and good cause appearing pursuant to Fed. R. Civ. P. 16(b)(4), the Court hereby GRANTS the Stipulation and modifies its March 30, 2017, Scheduling Order (Doc. 8) as follows:[1]

| Event | Current Dates/Deadlines | Proposed Dates/Deadlines |
|---|---|---|
| **Non-Expert Discovery Cutoff** | September 15, 2017 | June 29, 2018 |
| **Further Status Conference** | n/a | n/a |
| **Expert Disclosure** | September 29, 2017 | July 6, 2018 |
| **Rebuttal Expert Disclosure** | October 13, 2017 | July 20, 2018 |
| **Non-Dispositive Motion Filing Deadline** | November 7, 2017 | August 14, 2018 |
| **Non-Dispositive Motion Hearing** | December 6, 2017 | September 12, 2018 |
| **Settlement Conference** | January 23, 2018 at 10:00 a.m. | November 20, 2018*[2] |
| **Expert Discovery Cutoff** | October 27, 2017 | August 10, 2018 |
| **Dispositive Motion Filing Deadline** | November 21, 2017 | August 21, 2018 |
| **Dispositive Motion Hearing** | January 2, 2017 | October 2, 2018 |
| **Pretrial Conference** | March 12, 2018 at 1:30 p.m. | December 17, 2018 |
| **Jury Trial** (6-8 day estimate) | May 8, 2018 at 8:30 a.m. | February 26, 2019 |

IT IS SO ORDERED.

Dated: **January 19, 2018**          /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE

---

[1] Several of the dates proposed by the parties have been adjusted to allow the Court adequate time to rule on non-dispositive and dispositive motions, and to permit the parties sufficient time to prepare their pretrial submissions and to prepare for trial.

[2] The parties proposed date of November 12, 2018, for the Settlement Conference is a holiday, and therefore has been adjusted.