UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DORIAN WESLEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JBT TRANSPORT, INC., PANNU SINGH, and DOES 1–10,<br><br>　　　　Defendants. | Case No. 1:16-cv-01916-DAD-SKO<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. 17)<br><br>Judge:　Hon. Sheila K. Oberto |

On October 17, 2018, the parties filed a joint stipulation dismissing the action with prejudice. (Doc. 17.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:　**October 18, 2018**　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE